UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| CYNTHIA SANSON, | CASE NO. 1:23-cv-01425 |
| Plaintiff, | OPINION & ORDER<br>[Resolving Doc. 1, 11] |
| vs. |  |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, |  |
| Defendant. |  |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Cynthia Sanson seeks judicial review of the Social Security Commissioner's final decision denying her application for disability insurance benefits.[1]

On March 13, 2024, Magistrate Judge Grimes issued a Report and Recommendation ("R&R") recommending that the Court affirm the Commissioner's final decision.[2] Plaintiff's objections were due on March 27, 2024.[3] Plaintiff did not file objections.

The Federal Magistrates Act requires district courts to conduct a *de novo* review of only objected-to portions of an R&R.[4] Absent objection, district courts may adopt an R&R without review.[5] Plaintiff did not object to the R&R, so this Court may adopt Magistrate Judge Grime's R&R without further review.

Accordingly, the Court **ADOPTS** Magistrate Judge Grime's R&R and **AFFIRMS** the

---

[1] Doc. 1. Plaintiff and Defendant filed merits briefs. Docs. 8, 10.
[2] Doc. 11.
[3] Parties have fourteen days to file objections to a Magistrate Judge's R&R. LR 72.3(b).
[4] 28 U.S.C. § 636(b)(1).
[5] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R. *Id.* at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 1:23-cv-01425
Gwin, J.

Commissioner's final decision.

    IT IS SO ORDERED.

Dated: April 10, 2024          *s/ James S. Gwin*
                                              JAMES S. GWIN
                                              UNITED STATES DISTRICT JUDGE